# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR SKATES, et al.,<br><br>　　　　　　　　Defendants. | Case No. 5:15-cr-00285 LHK<br><br>**ORDER TO SHOW CAUSE WHY ENTIRE CASE AND INDICTMENT SHOULD NOT BE UNSEALED** |

　　　Given the presumption of public access and the need for victim access, the government must show cause today at 1:30 p.m. why the entire case, including the indictment, should not be unsealed.

　　　IT IS SO ORDERED.

　　　DATED:   June 10, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 15-cr-00285 LHK
ORDER TO SHOW CAUSE