ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

STEPHEN MEYER (CABN 263954)
KEVIN RUBINO (CABN 255677)
Assistant United States Attorneys

> 150 Almaden Blvd, Suite 900
> San Jose California 95113
> Telephone: (408) 535-5037
> Stephen.Meyer@usdoj.gov
> Kevin.Rubino@usdoj.gov

> Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. CR 15-0285 (JD) |
| v. | ) STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| DANIEL CHAVEZ, and VICTOR SKATES, | ) |
| Defendants. | ) |

At the last court appearance in this case, on April 26, 2023, the Honorable Charles R.
Breyer excluded time under the Speedy Trial Act due to the complexity of the case from April
26, 2023, through the next court appearance, which had not been set at that time. The parties
agreed that such an exclusion of time was appropriate.

The case has been reassigned to the Honorable James Donato, and the first court
appearance before Judge Donato was subsequently scheduled for June 12, 2023. On June 8,
2023, the Court issued a notice advising the parties that the June 12 court appearance was being

STIPULATION TO CONTINUE
CR 15-0285 JD

1   continued to August 14, 2023.  The parties hereby jointly request that time under the Speedy

2   Trial Act be excluded through August 14, 2023, for effective preparation of counsel, continuity

3   of counsel, and due to the complexity of the case.  The parties further stipulate and agree that the

4   ends of justice served by excluding that time from computation under the Speedy Trial Act

5   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

6   3161(h)(7)(A), (B)(iv).

7   DATED: June 8, 2023

8                                                   Respectfully submitted,

9                                                   ISMAIL J. RAMSEY
                                                    United States Attorney
10

                                                     /s/
11                                                  _____
                                                    STEPHEN MEYER
                                                    KEVIN RUBINO
12                                                  Assistant United States Attorneys

13

14

    /s/                                            /s/
15  _____              _____
    VICTOR J. ABREU                                RICHARD NOVAK
    NANCY MacEOIN                                  CONOR HUSEBY
16                                                 C. RENÉE MANES
                                                   NAOMI SVENSSON
17  Attorneys for VICTOR SKATES                    Attorneys for DANIEL CHAVEZ

18

19

20

21

22

23

24

25

26

27                                          2

28  STIPULATION TO CONTINUE
    CR 15-0285 JD

1

**[PROPOSED] ORDER**

For the reasons stated in the parties' stipulation, and for good cause shown, the Court finds that failing to exclude the time from June 12, 2023, through August 14, 2023, would unreasonably deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the complexity of the case.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding that time period from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 12, 2023, through August 14, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June ___13___, 2023

_____
HONORABLE JAMES DONATO
United States District Judge

STIPULATION TO CONTINUE
CR 15-0285 JD